**No. 10-5890. Thomas Moore, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

562 U.S. 1173, 131 S. Ct. 986, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 592.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7420.

**No. 10-5899. Naomi McCray, Petitioner v. Wal-Mart Stores, Inc., et al.**

562 U.S. 1173, 131 S. Ct. 986, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 35.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 969, 131 S. Ct. 474, 178 L. Ed. 2d 301, 2010 U.S. LEXIS 8008.

**No. 10-5949. John Steven Spisak, Petitioner v. Nevada.**

562 U.S. 1173, 131 S. Ct. 986, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 110.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 327, 2010 U.S. LEXIS 8321.

**No. 10-5960. Thomas F. Campanile, Jr., Petitioner v. Phyllis Campanile**

**Nicolella, as Executor of the Estate of Carolyn H. Renzi, Deceased.**

562 U.S. 1173, 131 S. Ct. 986, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 515.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8153.

**No. 10-5963. Domingo Bustos Anaya, Petitioner v. D. K. Sisto, Warden.**

562 U.S. 1173, 131 S. Ct. 986, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 25.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 969, 131 S. Ct. 476, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8023.

**No. 10-5972. Paul Blackmer, Petitioner v. Dwayne Sweat, et al.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 274.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 984, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8275.